1 | **BIRNBERG & ASSOCIATES**
**CORY A. BIRNBERG (SBN: 105468)**
2 | 1083 Mission St., Third Floor
San Francisco, California 94103
3 | Telephone Number: (415) 398-1040
4 | Facsimile Number: (415) 398-2001

5 | **JOHN FITZPATRICK VANNUCCI (SBN: 174329)**
**LAW OFFICES OF JOHN FITZPATRICK VANNUCCI**
6 | 100 Montgomery Street, Suite 1600
San Francisco, California 94104
7 | Telephone Number: (415) 981-7500
Facsimile Number: (415) 981-5700
8 |

9 | **Attorneys for Plaintiff**
**STEPHEN LAMBERT**
10 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| STEPHEN LAMBERT, | ) | Case No. C11-00725 MMC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER RE** |
| | ) | **STIPULATION RE DISMISSAL** |
| vs. | ) | **OF MAERSK DEFENDANTS** |
| | ) | |
| UNITED STATES OF AMERICA; | ) | |
| MAERSK; MAERSK LINE, LTD; | ) | |
| MAERSK LINE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, STEPHEN LAMBERT and Defendant, UNITED STATES OF AMERICA ("USA"), and their respective counsel, do hereby stipulate and agree as follows:

1.     The Maersk Defendants, MAERSK, MAERSK LINE, LTD, and MAERSK LINE, are hereby dismissed without prejudice and the action shall proceed solely against the USA.

THEREFORE, IT IS AGREED AND STIPULATED THAT the Maersk Defendants are hereby dismissed without prejudice and this action shall proceed solely against the USA.

Dated:  April 28, 2011        LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
                                          BIRNBERG & ASSOCIATES

By: \_\_\_\_/s/Cory Birnberg_____
      Cory A. Birnberg
Attorneys for Plaintiff, STEPHEN LAMBERT

Dated: April 28, 2011        U.S. DEPARTMENT OF JUSTICE

By: \_\_\_\_/s/Vickey Quinn_____
      Vickey L. Quinn
Torts Branch, Civil Division (Admiralty)
  West Coast and Pacific Rim Office

Attorneys for Defendant
UNITED STATES OF AMERICA

IT IS SO ORDERED
*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney

Date:  April 29, 2011

BIRNBERG & ASSOCIATES
1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001