|   |   |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
|   | **CORY A. BIRNBERG (SBN: 105468)** |
| 2 | 1083 Mission St., Third Floor |
|   | San Francisco, California 94103 |
| 3 | Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |
| 5 | **JOHN FITZPATRICK VANNUCCI (SBN: 174329)** |
|   | **LAW OFFICES OF JOHN FITZPATRICK VANNUCCI** |
| 6 | 100 Montgomery Street, Suite 1600 |
|   | San Francisco, California  94104 |
| 7 | Telephone Number: (415) 981-7500 |
|   | Facsimile Number: (415) 981-5700 |
| 8 |   |
| 9 | **Attorneys for Plaintiff** |
|   | **STEPHEN LAMBERT** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN LAMBERT, | ) | Case No. C11-00725 MMC (EL) |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION RE HEARING** |
| vs. | ) | **OF MOTION TO COMPEL** |
|  | ) | **CREW LIST TO BE DEEMED** |
| UNITED STATES OF AMERICA; | ) | **SUBMITTED ON THE** |
| MAERSK; MAERSK LINE, LTD; | ) | **PLEADINGS AND ORDER** |
| MAERSK LINE, | ) | **THEREON** |
|  | ) | Date: January 17, 2012 |
| Defendants. | ) | Time:  9:00 a.m. |
|  | ) | Judge: Hon. Mag. Elizabeth Laporte |
|  |  | Place: Courtroom E, 15th Floor |
|  |  |       450 Golden Gate Ave. |
|  |  |       San Francisco, CA 94102 |

    Plaintiff, STEPHEN LAMBERT and Defendant, UNITED STATES OF AMERICA ("USA"), and their respective counsel, do hereby stipulate and agree as follows:

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE SUBMISSION OF MOTION            1            Case No.: C11-00725 MMC EL

1. The hearing of Plaintiff's Motion To Compel Production of the Crew List, now set on the court's law and motion calendar for January 17, 2012 at 9:00 a.m., having been fully briefed by the parties, may be submitted to the court without oral argument.

Dated:  4 January 2012          LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
                                BIRNBERG & ASSOCIATES


                                By: ____/s/Cory Birnberg_____
                                        Cory A. Birnberg
                                Attorneys for Plaintiff, STEPHEN LAMBERT

Dated: 4 January 2012           U.S. DEPARTMENT OF JUSTICE


                                By: ____/s/Vickey Quinn_____
                                        Vickey L. Quinn
                                Torts Branch, Civil Division (Admiralty)
                                West Coast and Pacific Rim Office

                                Attorneys for Defendant
                                UNITED STATES OF AMERICA

## ORDER

Based upon the Stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** that Plaintiff's Motion To Compel The Production of The Crew List is deemed submitted, and neither oral argument or an appearance of counsel will be necessary on January, 17, 20012 at 9:00 a.m.


Dated:  January 5, 2012

                                By: _[signature: Elizabeth D. Laporte]_
                                The Honorable Elizabeth D. Laporte
                                United States Magistrate Judge
                                Northern District of California

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE SUBMISSION OF MOTION          2          Case No.: C11-00725 MMC EL