| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
| | **CORY A. BIRNBERG (SBN: 105468)** |
| 2 | 1083 Mission St., Third Floor |
| | San Francisco, California 94103 |
| 3 | Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |
| 5 | **JOHN FITZPATRICK VANNUCCI (SBN: 174329)** |
| | **LAW OFFICES OF JOHN FITZPATRICK VANNUCCI** |
| 6 | 100 Montgomery Street, Suite 1600 |
| | San Francisco, California 94104 |
| 7 | Telephone Number: (415) 981-7500 |
| 8 | Facsimile Number: (415) 981-5700 |
| 9 | **Attorneys for Plaintiff** |
| | **STEPHEN LAMBERT** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN LAMBERT, | ) | Case No. C11-00725 MMC (EL) |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE HEARING OF MOTION TO COMPEL CREW LIST TO BE DEEMED SUBMITTED ON THE PLEADINGS AND ORDER THEREON** |
| vs. | ) | |
| | ) | Date: January 17, 2012 |
| UNITED STATES OF AMERICA; MAERSK; MAERSK LINE, LTD; MAERSK LINE, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Mag. Elizabeth Laporte |
| Defendants. | ) | Place: Courtroom E, 15th Floor |
| | | 450 Golden Gate Ave. |
| | | San Francisco, CA 94102 |

Plaintiff, STEPHEN LAMBERT and Defendant, UNITED STATES OF AMERICA ("USA"), and their respective counsel, do hereby stipulate and agree as follows:

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE SUBMISSION OF MOTION     1     Case No.: C11-00725 MMC EL

1. The hearing of Plaintiff's Motion To Compel Production of the Crew List, now set on the court's law and motion calendar for January 17, 2012 at 9:00 a.m., having been fully briefed by the parties, may be submitted to the court without oral argument.

Dated: 4 January 2012     LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
                          BIRNBERG & ASSOCIATES

                          By: ____/s/Cory Birnberg_____
                              Cory A. Birnberg
                          Attorneys for Plaintiff, STEPHEN LAMBERT

Dated: 4 January 2012     U.S. DEPARTMENT OF JUSTICE

                          By: ____/s/Vickey Quinn_____
                              Vickey L. Quinn
                          Torts Branch, Civil Division (Admiralty)
                          West Coast and Pacific Rim Office

                          Attorneys for Defendant
                          UNITED STATES OF AMERICA

**ORDER**

Based upon the Stipulation of the parties and good cause appearing therefor, **IT IS ORDERED** that Plaintiff's Motion To Compel The Production of The Crew List is deemed submitted, and neither oral argument or an appearance of counsel will be necessary on January, 17, 20012 at 9:00 a.m.

Dated:  January 5, 2012

By: _[signature: Elizabeth D. Laporte]_
The Honorable Elizabeth D. Laporte
United States Magistrate Judge
Northern District of California

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE SUBMISSION OF MOTION     2     Case No.: C11-00725 MMC EL