STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California  94102-3463
Telephone: (415) 436-6645
Facsimile:  (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN LAMBERT, | ) Case No. CV 11-0725 DR |
|---|---|
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| UNITED STATES OF AMERICA, | ) [PROPOSED] ORDER TO EXTEND |
| Defendant. | ) THE TIME FOR DEFENDANT'S |
|  | ) ECONOMIC EXPERT REPORT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN LAMBERT, | ) Case No. CV 11-0725 DR |
|---|---|
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| UNITED STATES OF AMERICA, | ) ORDER TO EXTEND THE TIME FOR |
| | ) DEFENDANT'S ECONOMIC EXPERT |
| Defendant. | ) REPORT |

Based on the moving papers and good cause appearing in support thereof, the STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT'S ECONOMIC EXPERT REPORT is hereby GRANTED. IT IS FURTHER ~~ORDER~~ ORDERED THAT

Defendant's economic expert report is now due April 27, 2012.

Date: __April 10__, 2012

_____
Judge Maxine Chesney
United States District Court Judge

ORDER      2      Case No. CV 11-0725 DR