BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN: 105468)
1083 Mission St., Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

JOHN FITZPATRICK VANNUCCI (SBN: 174329)
LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
100 Montgomery Street, Suite 1600
San Francisco, California 94104
Telephone Number: (415) 981-7500
Facsimile Number: (415) 981-5700

Attorneys for Plaintiff
STEPHEN LAMBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LAMBERT,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>MAERSK; MAERSK LINE, LTD;<br>MAERSK LINE,<br><br>Defendants. | Case No. C11-00725 MMC (EL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND THE SCHEDULING ORDER REGARDING DESIGNATION OF EXPERTS AND EXPERT WITNESS DISCOVERY |

WHEREAS, the Court, in its Status Conference Order Setting Time for Compliance with Certain Rules of Court, dated June 17, 2011, [hereinafter "Order"] set May 30, 2012 as the day of "expert discovery cut-off";

1  WHEREAS, counsel has attempted to schedule expert depositions during this time
2  but various scheduling difficulties have prevented the depositions from taking place. The
3  parties are seeking a short extension.
4  WHEREAS, the parties, by and through their counsel of record, have agreed and
5  therefore stipulate to request that the Order be amended as follows:

6
7  June 8, 2012       Last day for all parties to complete expert discovery and expert
                       witness depositions (Expert Discovery Cut-Off)
8

9  Dated: 7 May 2012              LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
10                                BIRNBERG & ASSOCIATES
11
                                  By: ___/s/Cory Birnberg_____
12                                     Cory A. Birnberg
                                       Attorneys for Plaintiff, STEPHEN LAMBERT
13

14 Dated: 7 May 2012              U.S. DEPARTMENT OF JUSTICE
15
16                                By: ___/s/Vickey Quinn_____
                                       Vickey L. Quinn
17                                     Torts Branch, Civil Division (Admiralty)
                                       West Coast and Pacific Rim Office
18
                                  Attorneys for Defendant
19                                UNITED STATES OF AMERICA

20
      APPROVED AND SO ORDERED.
21

22 Dated: May 9, 2012
                                  By: ~~The Honorable Elizabeth D. Laporte~~
23                                     ~~United States Magistrate Judge~~
24                                     ~~Northern District of California~~

25                                     Maxine M. Chesney
                                       United States District Judge
26
27
28

STIPULATION RE EXT EXPERT DISCOVERY        2                    Case No.: C11-00725 MMC EL

BIRNBERG & ASSOCIATES
1013 Mission Street,
Third Floor
SAN FRANCISCO
CA. 94103
TEL (415) 398-1040
FAX (415) 398-2001