1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN: 105468)
2  1083 Mission St., Third Floor
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
   Facsimile Number: (415) 398-2001
4

5  JOHN FITZPATRICK VANNUCCI (SBN: 174329)
   LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
6  100 Montgomery Street, Suite 1600
   San Francisco, California 94104
7  Telephone Number: (415) 981-7500
   Facsimile Number: (415) 981-5700
8

9  Attorneys for Plaintiff
   STEPHEN LAMBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN LAMBERT, | ) | Case No. C11-00725 MMC (EL) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| vs. | ) | [~~PROPOSED~~] ORDER TO |
| | ) | AMEND THE SCHEDULING |
| UNITED STATES OF AMERICA; | ) | ORDER REGARDING |
| MAERSK; MAERSK LINE, LTD; | ) | DESIGNATION OF EXPERTS |
| MAERSK LINE, | ) | AND EXPERT WITNESS |
| | ) | DISCOVERY |
| Defendants. | ) | |

WHEREAS, the Court, In its Status Conference Order Setting Time for Compliance with Certain Rules of Court, dated June 17, 2011, [hereinafter "Order"] set May 30, 2012 as the day of "expert discovery cut-off";

WHEREAS, counsel has attempted to schedule expert depositions during this time but various scheduling difficulties have prevented the depositions from taking place. The parties are seeking a short extension.

WHEREAS, the parties, by and through their counsel of record, have agreed and therefore stipulate to request that the Order be amended as follows:

June 8, 2012     Last day for all parties to complete expert discovery and expert witness depositions (Expert Discovery Cut-Off)

Dated: 7 May 2012     LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
BIRNBERG & ASSOCIATES

By: /s/Cory Birnberg
Cory A. Birnberg
Attorneys for Plaintiff, STEPHEN LAMBERT

Dated: 7 May 2012     U.S. DEPARTMENT OF JUSTICE

By: /s/Vickey Quinn
Vickey L. Quinn
Torts Branch, Civil Division (Admiralty)
West Coast and Pacific Rim Office

Attorneys for Defendant
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED.

Dated: May 9, 2012

By: *Maxine M. Chesney*
~~The Honorable Elizabeth D. Laporte~~
~~United States Magistrate Judge~~
~~Northern District of California~~

Maxine M. Chesney
United States District Judge

BIRNBERG & ASSOCIATES
1033 Mission Street, Third Floor
SAN FRANCISCO CA 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE EXT EXPERT DISCOVERY     2     Case No.: C11-00725 MMC EL