United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    STEPHEN LAMBERT,                          No. C 11-0725 MMC

12              Plaintiff,                       **ORDER GRANTING DEFENDANT'S**
                                                 **ADMINISTRATIVE MOTION RE:**
13       v.                                      **CONTINUATION OF TRIAL DATES;**
                                                 **VACATING TRIAL AND PRETRIAL**
14    UNITED STATES OF AMERICA,                  **DATES; SETTING CASE MANAGEMENT**
                                                 **CONFERENCE**
15              Defendant.
      /
16

17         Before the Court is defendant United States of America's "Administrative Motion Re:

18    Continuation of Trial Dates," filed August 10, 2012.  No opposition has been filed.[1]  Having

19    read and considered the papers filed in support of the motion, the Court rules as follows.

20         Given plaintiff's continuing medical treatment and potential surgery (see Quinn Decl.

21    Ex. A), the Court finds defendant has shown good cause for a continuance of the trial date.

22         Accordingly, defendant's motion is hereby GRANTED, and the currently scheduled

23    trial date and pretrial conference date are hereby VACATED.

24         In light of the above, the parties are hereby DIRECTED to appear at a Case

25    Management Conference on August 31, 2012, at which time a new trial date will be

26    _____

27         [1] Pursuant to the Civil Local Rules of this District, any opposition to the motion was
      due no later than August 14, 2012.  See Civil L.R. 7-11(b) (providing "[a]ny opposition to
28    . . . a Motion for Administrative Relief . . . must be filed no later than 4 days after the motion
      has been filed").

1    selected.

2         **IT IS SO ORDERED.**

3

4    Dated:  August 15, 2012

5                                        MAXINE M. CHESNEY
                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28