IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LAMBERT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ | No. C 11-0725 MMC<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION RE: CONTINUATION OF TRIAL DATES; VACATING TRIAL AND PRETRIAL DATES; SETTING CASE MANAGEMENT CONFERENCE** |

     Before the Court is defendant United States of America's "Administrative Motion Re: Continuation of Trial Dates," filed August 10, 2012. No opposition has been filed.[1] Having read and considered the papers filed in support of the motion, the Court rules as follows.

     Given plaintiff's continuing medical treatment and potential surgery (see Quinn Decl. Ex. A), the Court finds defendant has shown good cause for a continuance of the trial date.

     Accordingly, defendant's motion is hereby GRANTED, and the currently scheduled trial date and pretrial conference date are hereby VACATED.

     In light of the above, the parties are hereby DIRECTED to appear at a Case Management Conference on August 31, 2012, at which time a new trial date will be

---

[1] Pursuant to the Civil Local Rules of this District, any opposition to the motion was due no later than August 14, 2012. See Civil L.R. 7-11(b) (providing "[a]ny opposition to . . . a Motion for Administrative Relief . . . must be filed no later than 4 days after the motion has been filed").

1  selected.

2  **IT IS SO ORDERED.**

3

4  Dated:  August 15, 2012

   _____
   MAXINE M. CHESNEY
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28