IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LAMBERT,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.
                                        /

No. CV- 11-0725 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Plaintiff is entitled to judgment in the amount of $873,995, together with post-judgment interest at the rate of 4 percent per annum until said judgment is satisfied.

Dated: May 31, 2013                                                             Richard W. Wieking, Clerk

                                                                                                    By: Tracy Lucero
                                                                                                    Deputy Clerk