**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   STEPHEN LAMBERT,                        No. C 11-725 MMC

12            Plaintiff,                      **ORDER CONTINUING HEARING ON**
       v.                                     **DEFENDANT'S MOTION TO ALTER OR**
13                                            **AMEND JUDGMENT**
     UNITED STATES OF AMERICA,
14
             Defendant.
15   _____/

16
         Before the Court is defendant's "Motion to Alter or Amend the Judgment Pursuant to
17
     Rule 59(e) of the Fed. R. Civ. P.," filed June 28, 2013 and set for hearing August 2, 2013.
18
         As the official transcript of the trial proceedings will not be available until on or about
19
     July 31, 2013, which transcript will assist the Court in determining the issues raised in said
20
     motion, the hearing presently scheduled for August 2, 2013, is hereby CONTINUED to
21
     August 16, 2013.
22
         **IT IS SO ORDERED.**
23

24   Dated:  July 29, 2013

25                                            _____
                                             MAXINE M. CHESNEY
26                                           United States District Judge
27
28