IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LAMBERT,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.
                             /

No. C 11-725 MMC

**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT**

     Before the Court is defendant's "Motion to Alter or Amend the Judgment Pursuant to Rule 59(e) of the Fed. R. Civ. P.," filed June 28, 2013 and set for hearing August 2, 2013.

     As the official transcript of the trial proceedings will not be available until on or about July 31, 2013, which transcript will assist the Court in determining the issues raised in said motion, the hearing presently scheduled for August 2, 2013, is hereby CONTINUED to August 16, 2013.

     **IT IS SO ORDERED.**

Dated: July 29, 2013

                                            MAXINE M. CHESNEY
                                            United States District Judge