IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LAMBERT,                     No. C 11-725 MMC

        Plaintiff,                       **ORDER DIRECTING DEFENDANT TO NOTICE MOTION FOR HEARING**

  v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

        Before the Court is defendant's "Motion by the United States of America Pursuant to Rule 54(d)(1) Requesting Review of the Clerk's Action Re: Taxation of Costs," filed July 29, 2013. The motion is not filed in accordance with the Civil Local Rules of this District, which require the moving party to notice any such motion for hearing on a date no earlier than thirty-five days from the date the motion is filed. See Civil L.R. 7-2.

        Accordingly, defendant is hereby DIRECTED to notice said motion for hearing.

        **IT IS SO ORDERED.**

Dated: July 29, 2013                                MAXINE M. CHESNEY
                                                            United States District Judge