IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LAMBERT,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 11-725 MMC<br><br>**ORDER VACATING AUGUST 16, 2013 HEARING ON MOTION** |

    Before the Court is defendant's "Motion to Alter or Amend the Judgment Pursuant to Rule 59(e) of the Fed. R. Civ. P.," filed June 28, 2013. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for August 16, 2013.

    **IT IS SO ORDERED.**

Dated: August 13, 2013

                                         MAXINE M. CHESNEY
                                         United States District Judge