IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LAMBERT,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

No. C 11-725 MMC

**ORDER GRANTING DEFENDANT'S
MOTION FOR REVIEW OF CLERK'S
ACTION RE: TAXATION OF COSTS;
DIRECTIONS TO CLERK**

Before the Court is defendant's "Motion . . . Pursuant to Rule 54(d)(1) Requesting
Review of the Clerk's Action Re: Taxation of Costs," filed July 26, 2013.  Plaintiff has filed
opposition.  Having read and considered the papers submitted in support of and in
opposition to the motion, the Court deems the matter appropriate for decision on the
parties' respective written submissions, VACATES the hearing scheduled for September 6,
2013, and rules as follows.

By the instant motion, defendant challenges plaintiff's request for "mileage," in the
amount of $1673.14 (see Am. Bill of Costs at 2), for witness Lindsey Docherty's air travel
on a commercial airline.  As defendant correctly points out, plaintiff is only entitled to the
amount of the actual air fare charged and paid, which, according to documents submitted
by both parties, totaled $385.80.  See 28 U.S.C. § 1821 (providing "witness who travels by
common carrier shall be paid for the actual expenses of travel").

Accordingly, defendant's motion for review is hereby GRANTED, and the Clerk of
Court is hereby DIRECTED to tax costs in the amount of $10,225.01.

**IT IS SO ORDERED.**

Dated:  August 19, 2013

MAXINE M. CHESNEY
United States District Judge