STUART DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, P.O. Box 36028
7-5395 Phillip Burton Federal Building
San Francisco, CA 94102
Telephone: (415) 436-6645
Facsimile: (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LAMBERT,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 3:11-cv-00725-MMC<br><br>IN ADMIRALTY<br><br><br>CONSENT JUDGMENT |

CONSENT JUDGMENT                                   Case No. 3:11-cv-00725-MMC

1

The above captioned action having been compromised, it is, upon the subjoined consents of counsel, hereby

ORDERED AND ADJUDGED that in lieu of the Judgment entered on May 31, 2013, and in lieu of the Cost Bill entered on August 19, 2013, defendant, United States of America, shall pay to Birnberg & Associates ITF Stephen Lambert, the sum of Eight Hundred Twenty-Three Thousand, Nine Hundred Ninety-Five Dollars and No Cents ($823,995.00), without interest and without costs.

IT IS SO ORDERED.

Dated: September 25, 2013

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT                                    Case No. 3:11-cv-00725-MMC

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: September 20, 2013

STUART DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

/s/Vickey L. Quinn
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: September 22, 2013

Birnberg & Associates

/s/Cory Birnberg
CORY A. BIRNBERG

Attorneys for Plaintiff
Stephen Lambert

CONSENT JUDGMENT                                             Case No. 3:11-cv-00725-MMC